UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORIO BAUTISTA, on behalf of himself
and others similarly situated,

                Plaintiff,

-against-

SRISUK, INC. d/b/a BEYOND THAI KITCHEN,
LUANGPUDOO CORP., d/b/a BEYOND THAI KITCHEN,
BEYOND THAI KITCHEN, INC., and/or any other corporate
entity doing business as BEYOND THAI KITCHEN,
located at 133 West 3rd Street, New York, New York,
PANTIPA VEERAPORNPHIMON, and
DARUN LAMNAOTRAKOON, individually,

                Defendants.

Case No.: 14 cv 4335
(LGS)

**NOTICE OF MOTION**

Oral argument is
respectfully requested

---

**PLEASE TAKE NOTICE**, that upon the Declaration of Peter H. Cooper, Esq., dated October 30, 2014, the exhibits annexed thereto, the affidavit of plaintiff Gregorio Bautista, sworn to on October 28, 2014, the Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1, and the accompanying Memorandum of Law, as well as all of the pleadings and proceedings heretofore had herein, the undersigned will move this court, before the Honorable Lorna G. Schofield, at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, at a time to be determined by the court, for partial summary judgment, and for such other and further relief as the court may deem just and proper.

Pursuant to the order of Judge Lorna G. Schofield dated October 15, 2014, any response to the within motion shall be filed by November 18, 2014; any reply shall be filed by December 1, 2014.

Dated: New York, New York
       April 30, 2012

CILENTI & COOPER, PLLC

By: _____
    Peter H. Cooper, Esq. (PHC 4714)
    **Attorneys for Plaintiff**
    708 Third Avenue – 6th Floor
    New York, New York 10016
    Telephone (212) 209-3933
    Facsimile (212) 209-7102

To:    Michael Durove, Esq.
       Law Office of Michael Durove
       **Attorneys for Defendants**
       75 Maiden Lane, Suite 219
       New York, New York 10038
       Telephone (347) 779-2948

CILENTI & COOPER, PLLC

By: _____
    Peter H. Cooper, Esq. (PHC 4714)
    **Attorneys for Plaintiff**
    708 Third Avenue – 6th Floor
    New York, New York 10016
    Telephone (212) 209-3933
    Facsimile (212) 209-7102

To:    Michael Durove, Esq.
       Law Office of Michael Durove
       **Attorneys for Defendants**
       75 Maiden Lane, Suite 219
       New York, New York 10038
       Telephone (347) 779-2948